**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025

JUAN CARLOS MEDINA MARTINEZ, Individually and as Personal Representative of the Estate of ISABEL CRISTINA MARTINEZ ALDANA, deceased, Honduras, Puerto Cortes, Buenos Aires, 13 Calle, 4 Avenida, Casa de Dos Pisos Color Verde,

Plaintiff,

-v.-

AMERICAN AIRLINES INC.
1 Skyview Dr.
Fort Worth, TX 76155

PSA AIRLINES, INC.
1 Terminal Dr.
Middletown, PA 17057

UNITED STATES OF AMERICA,
Todd Blanche, in his official capacity as Acting U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

Defendants.

Lead Case No: 1:25-cv-03382-ACR

SHORT FORM COMPLAINT

Plaintiff JUAN CARLOS MEDINA MARTINEZ, Individually and as Personal Representative of the Estate of ISABEL CRISTINA MARTINEZ ALDANA, deceased, respectfully alleges as follows:

1. Plaintiff refers to and incorporates by reference the First Amended Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein. Plaintiff adopts the First Amended Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint, First Amended Master Complaint, and any subsequent amendments thereto.

2. Plaintiff adopts each of the general allegations of the First Amended Master Complaint except for those paragraph numbers set for here, if any: N/A.

**CLAIMS AGAINST DEFENDANTS**

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the First Amended Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiff incorporates by reference each of the Causes of Action in the First Amended Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Negligence

☒ Second Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Negligence

☒ Sixth Cause of Action for Survival Based Upon Negligence

**PLAINTIFF'S INFORMATION:**

5. Decedent, ISABEL CRISTINA MARTINEZ ALDANA, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6. ISABEL CRISTINA MARTINEZ ALDANA, resided in Honduras.

7. Plaintiff JUAN CARLOS MEDINA MARTINEZ is a citizen and resident of Honduras and was the lawful son of ISABEL CRISTINA MARTINEZ ALDANA, deceased, at the time of her death.

8. Plaintiff JUAN CARLOS MEDINA MARTINEZ brings this lawsuit individually on his own behalf, as Personal Representative of the Estate of ISABEL CRISTINA MARTINEZ ALDANA, deceased, and on behalf of all surviving beneficiaries.

9. On or about October 29,2025, the Courte Suprema de Justicia of Honduras issued an order appointing JUAN CARLOS MEDINA MARTINEZ as the personal representative of the Estate of ISABEL CRISTINA MARTINEZ ALDANA, deceased. Therefore, he has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of ISABEL CRISTINA MARTINEZ ALDANA and brings this lawsuit in his representative capacity.

**PLAINTIFF'S ADMINISTRATIVE CLAIM**

10. On or about November 17, 2025, Plaintiff JUAN CARLOS MEDINA MARTINEZ, on behalf of himself and the Estate of ISABEL CRISTINA MARTINEZ ALDANA, deceased, served his initial administrative claims upon the FAA.

11. On or about November 17, 2025, Plaintiff JUAN CARLOS MEDINA MARTINEZ, on behalf of himself and the Estate of ISABEL CRISTINA MARTINEZ ALDANA, deceased, served his initial administrative claims upon the United States Army ("Army").

12. The USA:

☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☒ the FAA denied Plaintiff's claims on March 4, 2026 on behalf of both the FAA and United States Army ("Army").

## PLAINTIFF'S DAMAGES

13. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

☒ DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;

☒ the loss of the gross earning power of the DECEDENT;

☒ the loss of the full value of the life of the DECEDENT;

☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;

☒ the loss of financial support and contribution of the DECEDENT;

☒ loss of services;

☒ loss of inheritance;

☒ loss of accumulations;

☒ full pecuniary loss of the DECEDENT;

☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;

☒ loss of life's pleasures;

☒ loss of enjoyment of life of the DECEDENT;

☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;

☒ other necessary and reasonable expenses as a result of the DECEDENT's death;

☒ attorneys' fees, costs and other damages permitted under applicable laws;

☒ pre- and post-judgment interest on all damages as allowed by law;

☒ all costs of suit herein;

☒ such other and further relief as the Court shall deem just and proper;

☐ Other (specify):

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: April 30, 2026

ANGELLEY HIGHTOWER PLLC

***By: /s/ William O. Angelley***

William O. Angelley
Bar ID: TX01085
3710 Rawlins Street
Suite 1420, PMB 105249
Dallas, Texas 75219
Ph: 214.580.9800
Fx: 505.395.9042
wil@angelley.com

Counsel for Plaintiff